# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Michael Smith, | No. CV 06-795-PCT-EHC |
| Petitioner, | **ORDER** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

On August 18, 2006, Magistrate Judge Lawrence Anderson issued a Report and Recommendation ("R&R") recommending that the Court deny Petitioner's habeas petition. (Dkt. 14.) On August 30, 2006, Petitioner filed his Objection. (Dkt. 15.)

Magistrate Judge Anderson wrote that "[t]he AEDPA's one-year limitations period commenced on March 28, 1998 and Petitioner had until March 28, 199[9] to file a federal habeas petition." R&R, p. 4 (Dkt. 14.) Petitioner did not file his pending habeas petition until March 17, 2006.

The Court, having considered the relevant memoranda, including Petitioner's Objections, adopts Magistrate Judge Anderson's Report and Recommendation.

Accordingly,

**IT IS ORDERED ADOPTING** Magistrate Judge Anderson's Report and Recommendation. (Dkt. 14.)

**IT IS FURTHER ORDERED DENYING** Petitioner's Petition for Habeas Corpus.

DATED this 31st day of August, 2006.

_____
Earl H. Carroll
United States District Judge